Paul Kuhne, Appellant, v Cohen & Slamowitz, LLP, et al., Respondents.

Decided September 22, 2009

See 579 F3d 189.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge Lippman and Judges Ciparick, Graffeo, Read, Pigott and Jones. Taking no part: Judge Smith.

Frederick Lawrence et al., Individually and on Behalf of Alexander A. Lawrence, an Infant, Plaintiff, and Marion Lawrence, Appellant, v Albany County Department for Children, Youth and Families, Respondent. (And Other Related Actions.)

Submitted July 27, 2009; decided September 22, 2009

Reported below, 61 AD3d 1126.

On the Court's own motion, appeal, insofar as taken from that part of the Appellate Division order that affirmed the dismissal of the complaint, dismissed, without costs, upon the ground that no appeal lies as of right from that part of the unanimous Appellate Division order absent the direct involvement of a substantial constitutional question; appeal otherwise dismissed, without costs, upon the ground that the remainder of the Appellate Division order does not finally determine the action within the meaning of the Constitution. Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the dismissal of the complaint, denied; motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that it does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.